IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:18cr283-RJC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NOTICE OF APPEARANCE |
| v. | ) | |
| | ) | |
| ROBERT HERMAN-SMITH | ) | |

NOW COMES the undersigned attorney for the United States, admitted to practice in this

Court, and acting by and through R. Andrew Murray, United States Attorney, and hereby enters

an appearance in this case.

R. ANDREW MURRAY
UNITED STATES ATTORNEY

**s/ Benjamin Bain-Creed**
Florida Bar # 0021436
Assistant United States Attorney
Suite 1650, Carillon Building
227 West Trade Street
Charlotte, North Carolina 28202
Telephone: (704) 344-6222
Fax: (704) 344-6629
Email: benjamin.bain-creed@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served on the parties and counsel of
record by submitting it to the Court for electronic notice.

s/ Benjamin Bain-Creed
Assistant United States Attorney