# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:18-cr-00283-RJC-DCK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | **<u>MOTION TO CONTINUE</u>** |
| Robert Herman-Smith | ) | |
| Defendant. | ) | |

COMES NOW, the defendant, by and through his attorney, Christopher A. Connelly, and moves the Court to continue this case to the next sentencing term, showing the Court the following:

1. Defendant is scheduled for Trial on October 1, 2018. This is the first scheduled trial date for this case.

2. Counsel made his first General Appearance on August 30, 2018 and the defendant entered his Not Guilty plea on September 13, 2018, just over 2 weeks prior to the trial date.

3. Counsel has not had enough time to receive or review Discovery in this matter.

4. Less than thirty days will have elapsed between the Arraignment and the Trial date.

5. It is requested that the trial of this case be continued so that defendant can receive and review Discovery.

6. Counsel is requesting that the case not be continued to the weeks of November 19, 2018, February 11, 2018 or February 18, 2018 as he will not be available during those weeks and has filed the appropriate Notice of Unavailability.

7. The Government does not oppose this Motion.

WHEREFORE, the defendant respectfully moves this Court to re-calendar the above-captioned case.

This the 13th day of September, 2018

__s/_Chris Connelly_____
Christopher A Connelly
Attorney At Law
101 N. McDowell St., Suite 104
Charlotte, North Carolina 28204
(704) 376-9376
Fax 704-376-3316
NC State Bar 19488
cconnelly@connellydefense.com

CERTIFICATE OF SERVICE

Now comes the undersigned and certified that on September 13, 2018 the foregoing Notice was duly served upon the United States by ECF

_____ *Chris Connelly* _____
Christopher A. Connelly