IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-CR-00283-RJC-DCK

| USA, | ) |  |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| ROBERT HERMAN-SMITH, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court upon the government's Motion to Dismiss, (Doc. No. 15), the Indictment, (Doc. No. 1), without prejudice, pursuant to a notification of death supported by a death certificate for the defendant, (Doc. No. 14).

**IT IS ORDERED** that the government's motion, (Doc. No. 15), is **GRANTED** and the Indictment, (Doc. No. 1), is **DISMISSED** without prejudice.

Signed: November 19, 2018

_____
Robert J. Conrad, Jr.
United States District Judge